**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
michael.chubinsky@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2064

*Michael Chubinsky*
*Assistant United States Attorney*

November 5, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Sanchez-Davila v. Soto, et al.*, No. 26-cv-14130 (MCA)**
**Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. On October 29, 2026, U.S. Immigration and Customs Enforcement ("ICE") issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. *See* Ex. A (Form I-286). We respectfully write, pursuant to the Court's October 30, 2026, Order, ECF No. 2, to report that Petitioner was scheduled for a bond hearing on November 3, 2026. Petitioner's counsel requested continuance and the hearing was rescheduled to November 12, 2026. Ex. B (Notice of Bond Hearing).

Respondents respectfully request leave of the Court to file an update regarding the outcome of the bond hearing on the next business day, November 13, 2026. [1]

---

[1] ICE further reports that Petitioner has the following criminal history, *see generally* Ex. C at 2–3 (Form I-213); Ex. D (Criminal Records). This Office acknowledges that, in New Jersey, motor vehicle violations are treated as "quasi-criminal in nature," *State v. Palma*, 219 N.J. 584, 592 (2014); however, the reported offenses are being disclosed consistent with Respondents' practice of disclosing law enforcement interactions in response to the District Court's inquiries.

- On June 24, 2024, Petitioner was found guilty of Driving Without a License in violation of N.J.S.A. 39:3-10. The case was disposed, and the balance was paid in full.
- On May 9, 2026, Petitioner was issued a traffic summons for Operating Under the Influence of Liquor or Drugs in violation of N.J.S.A. 39:4-50. Records

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Michael Chubinsky*
Michael Chubinsky
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/5/26

indicate the case remains active, with no plea or disposition entered. A court hearing is scheduled for December 17, 2026.